# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01343-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RICHARD PARKINSON,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

Petitioner has submitted a "Petition to DEA for Return of Property (Remission or Mitigation)" (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the submitted document is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   xx   is not submitted
(2)   ___   is not on proper form (must use the court's current nonprisoner form)
(3)   ___   is missing original signature by plaintiff/petitioner/applicant
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   xx   other: <u>motion is necessary only if fees in the amount of $400.00 are not paid in advance</u>.

**Complaint or Petition**:
(9) ___ is not submitted
(10) xx is not on proper form (must use the court's current nonprisoner form)
(11) ___ is missing an original signature by the plaintiff/petitioner/applicant
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 14, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge