IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01343-BNB

RICHARD PARKINSON,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Richard Parkinson, initiated this action by filing *pro se* a "Petition to DEA for Return of Property (Remission or Mitigation)" (ECF No. 1). On May 14, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Parkinson to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland directed Mr. Parkinson to file on the proper form a Complaint and either pay filing and administrative fees totaling $400.00 or file a properly supported Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Parkinson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Parkinson has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's May 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the "Petition to DEA for Return of Property (Remission or Mitigation)" (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Parkinson failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  20th  day of   June  , 2014.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court