IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01343-LTB

RICHARD PARKINSON,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 20th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                      Deputy Clerk